# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1610

_____

Ivie Lee Harris, Jr.

*Plaintiff - Appellant*

v.

David Norwood, Sheriff, Ouachita County; James Bolton, Lieutenant, Ouachita
County; Douglas Wood, Jailer, Ouachita County; Andrew Tolleson, Jailer,
Ouachita County; Anthony Grummer, Jailer, Ouachita County; Officer Lindsey

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

_____

Submitted: June 27, 2106
Filed: June 30, 2016
[Unpublished]

_____

Before RILEY, Chief Judge, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ivie Harris appeals after the district court dismissed his pro se 42 U.S.C. § 1983
action, concluding his claims were moot because he had requested only injunctive
relief from the sheriff and staff members at the Ouachita County Detention Center,

and he was no longer incarcerated at the facility. Upon de novo review, we conclude that Harris's claims were not moot, because his complaint also sought damages. In the "Relief" section of the form complaint Harris used, he placed checkmarks next to both "Compensatory damages" and "Punitive damages."[1] Accordingly, we reverse and remand the case for further proceedings. See Midwest Farmworker Emp't & Training, Inc. v. United States Dep't of Labor, 200 F.3d 1198, 1201 (8th Cir. 2000) (dismissal for mootness reviewed de novo).

_____

[1]Harris requested injunctive relief in the section asking him to identify "any other relief" he was seeking.